**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7288**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee.

v.

BRANDON LEE SALTERS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:18-cr-00074-MOC-DSC-2)

---

Submitted:  December 29, 2022                    Decided:  February 2, 2023

---

Before THACKER, HARRIS, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Brandon Lee Salters, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Lee Salters appeals the district court's order dismissing his motion for sentence review under 18 U.S.C. § 3742(a)(1), by which Salters sought a sentence reduction from the district court. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Salters*, No. 3:18-cr-00074-MOC-DSC-2 (W.D.N.C. Apr. 8, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*